**Order entered October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00236-CR

### THOMAS B. SINGER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 5
### Dallas County, Texas
### Trial Court Cause No. MB07-49876F

## ORDER

The Court **REINSTATES** the appeal.

On August 11, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel; (3) counsel has not abandoned the appeal; (4) Charon Evans is the court reporter who recorded the proceedings; (5) the delay in filing the record was due to the request being made generally to the official court reporter of the County Criminal Court No. 5 rather than to a specific court reporter; (6) the official court reporter did not record the proceedings; and (7) Ms. Evans indicated she needed thirty days to prepare the record.

We **GRANT** Ms. Evans's October 16, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Evans to file the reporter's record by **NOVEMBER 20, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Charon Evans, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE